```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF MISSISSIPPI
                 JACKSON DIVISION
```

LARRY WASHINGTON                                              PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:05CV591LN

CITY OF BROOKHAVEN WATER DEPARTMENT                           DEFENDANT

### JUDGMENT

Based on the court's order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 14th day of February, 2006.

                                                /s/ Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE